**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fulton America Limited Company,  ) | No. CV-07-2437-PHX-SMM |
| ) | |
| Plaintiff,  ) | **ORDER GRANTING JUDGMENT AND ENTRY OF PERMANENT INJUNCTION** |
| ) | |
| v.  ) | |
| ) | |
| Jear, LLC, et al.,  ) | |
| ) | |
| Defendants.  ) | |
| ) | |

Upon Stipulation of the parties (Dkt. 6) and with good cause showing,

**IT IS HEREBY ORDERED**:

1. Judgment is granted in favor of Plaintiff Fulton America Limited Company on all counts of the Complaint.

2. Plaintiff has protectable trade dress in the distinctive stitched oval shape that it uses on the back of athletic gloves.

3. Defendants, all affiliates, all current, former and respective agents, directors, officers, partners, employees, representatives, insurers, attorneys, parent, subsidiaries, division or affiliates, joint venturers, assigns, and all parties acting in concert with Defendants are permanently enjoined from the manufacture, assembly or production of any item of athletic equipment, athletic apparel, or any other good that utilizes the non-functional, distinctive features that are identical or otherwise resemble Plaintiff's

distinctive trade dress namely, Plaintiff's distinctive stitched oval shape on the back of its athletic gloves.

4. The parties have stipulated and consented to the entry of the Judgment without the taking of proof and without trial or adjudication of any fact or law herein, and without the Judgment constituting evidence of or an admission by Maximus or Jear of any intentional wrongdoing or any monetary liability for its prior acts.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to enter judgment and terminate this matter.

DATED this 4th day of April, 2008.

_____
Stephen M. McNamee
United States District Judge